IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER CAMERON CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRIL-QUIP, INC. ) <br> ) <br> Defendant. ) | Civil Action No. _____ |

## RULE 7.1 STATEMENT

Plaintiff Cooper Cameron Corporation states that it does not have any parent corporation and that no publicly-traded corporation owns 10% or more of its stock.

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          /s/ Rodger D. Smith II
                          _____
                          Jack B. Blumenfeld (#1014)
                          Rodger D. Smith II (#3778)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899
                          (302) 658-9200
                            Attorneys for Plaintiff
                            Cooper Cameron Corporation

OF COUNSEL:

John M. Delehanty
Mintz, Levin, Cohen, Ferris,
  Glovsky and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY  10017
(212) 935-3000

William D. Belanger
Mintz, Levin, Cohen, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

March 29, 2005