IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER CAMERON CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-188-SLR |
| ) | |
| DRIL-QUIP, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court, having considered the Plaintiff's Unopposed Motion for Enlargement of Time to Effect Service;

IT IS HEREBY ORDERED that the time in which plaintiff Cooper Cameron Corp. may effect service of process of its Complaint is extended until December 27, 2005.

DATED this ____ day of September, 2005.

_____
United States District Judge