IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER CAMERON CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRIL-QUIP, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 05-188-SLR |

### ORDER

The Court, having considered the Plaintiff's Unopposed Motion for Enlargement of Time to Effect Service;

IT IS HEREBY ORDERED that the time in which plaintiff Cooper Cameron Corp. may effect service of process of its Complaint is extended until February 27, 2006.

DATED this ____ day of _____, 200___.

_____
United States District Judge

4