IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER CAMERON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DRIL-QUIP, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-188-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff Cooper Cameron Corporation hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Rodger D. Smith II

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff*

OF COUNSEL:

William D. Belanger
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

February 27, 2006

508467